

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO ILLINOIS 60604**

**THOMAS G. BRUTON**
Clerk of Court

13-cr-20772
Rule 5(c)(3) Documents
Filed: 11/5/2013 @ 4:30 pm

CLERK OF THE COURT

Theodore Levin
United States Courthouse
231 West Lafayette Boulevard,
5th Floor
Detroit, MI 48226

Re: USA vs. Rasmieh Yousef Odeh

Case: 13 cr 846

Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

4 & 5

All documents filed prior to electronic filing are included in this transfer package.

Subsequent paper documents filed after 1/18/05 are also included:

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
Thomas G. Bruton, Clerk
by:
Deputy Clerk

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 13 CR 846 |
| | ) | |
| Rasmieh Yousef Odeh | ) | Charging District: Eastern District of Michigan |
| *Defendant* | ) | Charging District's Case No. 2:13CR20772 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Theodore Levin United States Courthouse 231 West Lafayette Boulevard Detroit, MI 48226 | Courtroom No.: 114 |
|---|---|
| | Date and Time: 11/1/2013 10:00 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 10/22/2013

*Judge's signature*

Michael T. Mason, U.S. Magistrate Judge
*Printed name and title*

10-28-2013

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | |
| Plaintiff | ) | Case No: 13 CR 846 |
| | ) | |
| v. | ) | |
| | ) | Judge: Michael T. Mason |
| Rasmieh Yousef Odeh | ) | |
| Defendant | ) | |
| | ) | |

## ORDER

Removal proceedings held. Defendant appears in response to arrest on 10/22/13. Defendant informed of her rights. Attorney James Fennerty is granted leave to file his appearance on behalf of defendant. Defendant informed of the charges against her and of the possible sentence/fine if convicted of those charges. Defendant waives her right to an identity hearing. The Government and defendant agree to certain conditions of release. Enter Order Setting Conditions of Release. Defendant shall be released after processing.

(T:30)

Date: 10/22/13                    /s/ Michael T. Mason

TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 5.1.1 (Chicago)
### CRIMINAL DOCKET FOR CASE #: 1:13-cr-00846 All Defendants
### Internal Use Only

Case title: USA v. Odeh
Other court case number: 2: 13 cr 20772 Eastern District of Michigan, Southern Division

Date Filed: 10/22/2013
Date Terminated: 10/22/2013

Assigned to: Honorable Michael T. Mason

### Defendant (1)

**Rasmieh Yousef Odeh**
*TERMINATED: 10/22/2013*
also known as
Rasmieh J Odeh
*TERMINATED: 10/22/2013*
also known as
Rasmieh Joseph Steve
*TERMINATED: 10/22/2013*
also known as
Rasmieh Youssuf Odeh
*TERMINATED: 10/22/2013*
also known as
Rasmieh Yusef Odeh
*TERMINATED: 10/22/2013*

represented by **James Russell Fennerty**
James R. Fennerty & Associates, LLC
36 South Wabash
Suite 1310
Chicago, IL 60603
(312) 345-1704
Email: fennertylaw@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts
None

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Highest Offense Level (Terminated)
None

### Disposition

### Disposition

| Complaints | Disposition |
|---|---|
| 18:1425.F-Procurement of citizenship or naturalization | |

**Plaintiff**

USA             represented by     **Nancy L. DePodesta**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-4224
Email: nancy.depodesta@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Pretrial Services**
.
435-5545
Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*

**Probation Department**
.
408-5197
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/22/2013 | 1 | RULE 5(c)(3) Affidavit in Removal Proceedings signed by Judge Honorable Michael T. Mason as to Rasmieh Yousef Odeh (1) (yap, ) (Entered: 10/23/2013) |
| 10/22/2013 | | ARREST of defendant Rasmieh Yousef Odeh (yap, ) (Entered: 10/23/2013) |
| 10/22/2013 | 2 | ORDER as to Rasmieh Yousef Odeh : Removal proceedings held. Defendant appears in response to arrest on 10/22/13. Defendant informed of her rights. |

| | | | |
|---|---|---|---|
| | | | Attorney James Fennerty is granted leave to file his appearance on behalf of defendant. Defendant informed of the charges against her and of the possible sentence/fine if convicted of those charges. Defendant waives her right to an identity hearing. The Government and defendant agree to certain conditions of release. Enter Order Setting Conditions of Release. Defendant shall be released after processing. Added attorney James Russell Fennerty for Rasmieh Yousef Odeh. (Terminated defendant Rasmieh Yousef Odeh ). Signed by the Honorable Michael T. Mason on 10/22/2013. Mailed notices (yap, ) (Entered: 10/23/2013) |
| 10/22/2013 | | 3 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHANGES ARE PENDING AND TRANSFERRING BAIL as to Rasmieh Yousef Odeh: After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are: Place: Theodore Levin United States Courthouse; 231 West Lafayette Boulevard; Detroit, Ml 48226; Courtroom No.: 114; Date and Time: 11/1/2013 10:00 am. The clerk is ordered to transfer any bail deposited in the registry of this court 1o the clerk of the court where the charges are pending. Signed by the Honorable Michael T. Mason on 10/22/2013. Mailed notices (yap, ) (Entered: 10/23/2013) |
| 10/22/2013 | 🔒 | 4 | ORDER Setting Conditions of Release as to Rasmieh Yousef Odeh in amount of $ 15,000.00, SECURED Receipt # 4624108832 Signed by the Honorable Michael T. Mason on 10/22/2013. (yap, ) Modified text by Clerk's office on 10/24/2013 (yap, ). (Entered: 10/23/2013) |
| 10/22/2013 | 🔒 | 5 | SECURED Bond as to Rasmieh Yousef Odeh in the amount of $ 15,000.00, Receipt # 4624108832 (yap, ) Modified text by Clerk's office on 10/24/2013 (yap, ). (Entered: 10/23/2013) |

AO 199A (Rev. 11/08) Order Setting Conditions of Release                              Page 1 of __3__ Pages

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 13 CR 846 |
| Rasmieh Yousef Odeh ) | |
| _Defendant_ ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate any federal, state or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address or telephone number.

(4) The defendant must appear in court as required and must surrender to serve any sentence imposed

The defendant must appear at _(if blank, to be notified)_ Theodore Levin U.S. Courthouse,
                                                                                              _Place_
231 West Lafayette Blvd, November 1, 2013
Detroit, MI, Courtroom 114     _Date and Time_

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released on condition that:

( ✓ ) (5) The defendant promises to appear in court as required and surrender to serve any sentence imposed.

(   ) (6) The defendant executes an unsecured bond binding the defendant to pay to the United States the sum of
_____ dollars ($ _____ )
in the event of a failure to appear as required or surrender to serve any sentence imposed.

DATE: 10-28-2013

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

2:13-cr-20772-PDB-DRG Doc # 7 Filed 11/05/13 Pg 8 of 10 Pg ID 35
Case: 1:13-cr-00846 Document #: 4 Filed: 10/22/13 Page 2 of 3 PageID #:21

AO 199B (Rev. 03/09) Additional Conditions of Release  Page 2 of 3 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community, IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (7) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. *(only if above is an organization)* _____

who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: _____
*Custodian or Proxy*    *Date*

(X) (8) The defendant must:
- (X) (a) report to the **Theodore Levin U.S. Courthouse, 231 West Lafayette Blvd, Detroit, MI, Courtroom 114** telephone number _____, no later than **Nov. 1, 2013**
- (X) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: **$15,000 cash or check. ~~$15,000~~ to be posted with the Clerk's Office by the close of business on October 23, 2013**
- ( ) (c) post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum
- ( ) (d) execute a bail bond with solvent sureties in the amount of $ _____
- ( ) (e) maintain or actively seek employment.
- ( ) (f) maintain or commence an education program.
- (X) (g) surrender any passport to: **PRETRIAL SERVICES**
- (X) (h) obtain no passport.
- (X) (i) abide by the following restrictions on personal association, place of abode, or travel: **Defendant shall remain within the NDIL except to travel to the Eastern District of Michigan.**
- ( ) (j) avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to:
- ( ) (k) undergo medical or psychiatric treatment:
- ( ) (l) return to custody each (week) day at _____ o'clock after being released each (week) day at _____ o'clock for employment, schooling, or the following purpose(s):
- ( ) (m) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
- (X) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
- (X) (o) refrain from ( ) any ( ) excessive use of alcohol.
- ( ) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- ( ) (q) submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.
- ( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.
- ( ) (s) participate in one of the following location monitoring program components and abide by its requirements as the pretrial services officer or supervising officer instructs.
  - ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
  - ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer; or
  - ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.
- ( ) (t) submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the pretrial services officer or supervising officer related to the proper operation of the technology.
  - ( ) The defendant must pay all or part of the cost of the program based upon your ability to pay as the pretrial services office or supervising officer determines.
  - ( ) (i) Location monitoring technology as directed by the pretrial services office or supervising officer;
  - ( ) (ii) Radio Frequency (RF) monitoring;
  - ( ) (iii) Passive Global Positioning Satellite (GPS) monitoring;
  - ( ) (iv) Active Global Positioning Satellite (GPS) monitoring (including "hybrid" (Active/Passive) GPS);
  - ( ) (v) Voice Recognition monitoring.
- (X) (u) **Defendant must report to pretrial services by 10:30 AM on the same day that she appears at the Theodore Levin U.S. Courthouse. This, too, shall be no later than November 1, 2013.**

DISTRIBUTION:  COURT  DEFENDANT  PRETRIAL SERVICES  U.S. ATTORNEY  U.S. MARSHAL

**Defendant also required to report to pretrial services as directed.**

AO 199C (Rev. 09/08) Advice of Penalties        Page **3** of **3** Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Evergreen Park, IL
*City and State*

### Directions to the United States Marshal

(X) The defendant is ORDERED released after processing.
(  ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: Oct 22, '13

_____
*Judicial Officer's Signature*

US MAG. Judge
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA ) 10-22-2013 APPEARANCE BOND FOR
)
VS. ) **FILED** Case No. 13 CR 846
)
Rasmieh Yousef Odeh ) OCT 22 2013
THOMAS G. ...
CLERK, U.S. DISTRICT COURT

    I, the undersigned, acknowledge that I am bound to pay to the United States of America the sum of __Fifteen thousand__ dollars ($ __15,000__) and have deposited ten percent of that amount with the Clerk of the Court. Receipt number __# 4624108832__.

    The conditions of this bond are that I will appear before the United States District Court for the Northern District of Illinois at Chicago, Illinois, and at such other places as I may be required to appear, in accordance with any and all orders and directions relating to my appearance in the above-entitled matter as may be given or issued by a Magistrate Judge or Judge of the United States District Court to which I may be removed or the Cause transferred; I am not to depart the Northern District of Illinois, or the jurisdiction of any other United States Court to which I may be removed or transferred after I have appeared in such other district pursuant to the terms of this bond, except in accordance with such orders or warrants as may be issued by the Magistrate Judge or the United States District Court for the Northern District of Illinois or the United States District Court for such other district: That I am to abide by any judgment entered in such matter by surrendering myself to serve any sentence imposed and obeying any order or direction in connection with such judgment as the Court imposing it may prescribe.

    If I appear as ordered and otherwise obey and perform the foregoing conditions of this bond, then this bond is to be void; but if I fail to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court against me for the amount stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

    I agree and understand that this is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as I am duly exonerated.

    This bond is signed on this __22d__ day of __October__ at Chicago, Illinois.

_____
Signature of Defendant

Signed and acknowledged before me this __22__ day of __October__, 19 __2013__

_____
Magistrate Judge (Deputy Clerk)

DATE: 10-28-2013

**PLEASE PRINT**

## DEFENDANT INFORMATION

Name: __Rasmieh Odeh__      (Individual Who Can Contact Defendant)

Address: __9765 South Kedzie Ave__      Name: __James Fennerty__

City and State: __Evergreen Park, IL__      Address: __36 S. Wabash, Room 1310 Chicago, IL 60603__

Phone: (__708__) __271-3710__      Phone: (__312__) __345-1704__

(Revised 11/92)