UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                      Case No. 13-20772
                                          Honorable Paul D. Borman

RASMIEH ODEH,

    Defendant.

_____/

### ORDER EXTENDING MOTION CUTOFF DATE

IT IS HEREBY ORDERED that the March 3, 2014 motion cutoff date is extended until March 20, 2014. No further extensions will be given.

                                                      PAUL D. BORMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated:    MAR 1 0 2014