UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RASMIEH YOUSEF ODEH,

    Defendant.
_____/

CRIM. CASE NO. 13-20772

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

## ORDER

Prior to the Thursday status conference, please provide the Court with a short paragraph of your theory of the case to read to the Jury:

1. Government's Theory

2. Defendant's Theory

SO ORDERED.

DATED: APR 21 2014

_____
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE