UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

                                             CRIM. NO. 13-20772

         Plaintiff,                          HON. PAUL D. BORMAN

v.

RASMIEH YOUSEF ODEH,


         Defendant.

_____/

**AMENDED JURY TRIAL SCHEDULING ORDER**

        The plea cutoff date is noon, May 16, 2014.  A final pretrial conference/entry of plea hearing

is set for May 16, 2014 at 10:00 a.m.

        Proposed voir dire questions for the Court to consider must be submitted May 22, 2014. A

joint set of jury instructions must be submitted by the parties by June 10, 2014.

        The jury trial will commence on June 10, 2014.


                                s/Paul D. Borman
                                PAUL D. BORMAN
                                UNITED STATES DISTRICT JUDGE


Dated: April 25, 2014

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 25, 2014.


s/Deborah Tofil
Case Manager