JEWISH FEDERATION
AND UNITED JEWISH
FOUNDATION OF
METROPOLITAN
DETROIT

ANNUAL REPORT
TO THE COMMUNITY

2006-2007
5766-5767



If

EXHIBIT #1



**Honorable Paul D. Borman** is a Federal District Judge, with a career as Federal Defender and Prosecutor, Professor of Law, and special counsel to former Detroit Mayor Jerome Cavanagh. He also served as an attorney in the Administration of Justice Section of the U.S. Commission on Civil Rights. Paul D. Borman was appointed by President Clinton, confirmed by the Senate and sworn in September 2, 1994, as a U.S. District Judge, Eastern District of Michigan.

Paul's volunteer career spans 40 years in service to the Detroit Jewish community. He began in the 1960's as Vice President of Federation's Junior Division, a member of the board of Jewish Family Service, and a member of the board of the Jewish Community Relations Council. In 1968, Paul received the William Boesky Young Leadership Award in recognition of his early years working with the Jewish Federation. A committed fundraiser, Paul served as co-chair of Federation's Annual Campaign in 1986 and 1987, co-chaired the inaugural "Campaign Countdown" in 1992, and initiated the Federation's first board meeting in Israel in 1996.

Paul has been instrumental in bringing hundreds of Detroiters to Israel as a co-chair of numerous missions including Federation's Kulanu Mission (1980), President's Mission (1985), Celebration Mission to Poland and Israel (1987), Jewish Community Relations Council's Solidarity Mission (1988) and the Michigan Legislators trip to Israel in 1990. His first trip to Israel was in 1955 with his parents, Tom and Sarah Borman; his most recent trip was on Federation's Chevre Mission in 2007.

As President of the Jewish Community Relations Council from 1989 to 1991, Paul worked to further the Jewish community's interest and involvement in programs to alleviate hunger and to promote African-American-Jewish relations and Arab-American Jewish relations.

In the 1990's, Paul chaired Federation's Israel and Overseas Committee, which included trips to Israel to select Detroit's excellent *shaliachs*.

The 2007 Butzel Award, Federation's highest honor, connects Paul's community service legacy with that of his late father, Tom Borman, who received the Butzel Award 40 years ago in 1967.

ESTABLISHED IN 1951, THE FRED M. BUTZEL AWARD IS RECOGNIZED AS THE HIGHEST HONOR THE DETROIT JEWISH COMMUNITY CAN BESTOW UPON ITS LEADERS.

# THE FRED M. BUTZEL AWARD

### $36 Million
Max M. & Marjorie S. Fisher

### $18 Million
William Davidson
Sam & Evelyn Grand, Stephen & Nancy Grand
Edward & Lillian Rose, Irving & Audrey Rose,
   Leslie & Marjorie Rose, Sheldon S. & Joan Rose*
Mr. & Mrs. A. Alfred Taubman

### $10 Million
Eugene & Marcia Applebaum
Irwin & Bethea Green
David & Marion Handleman
Pauline & Edward C. Levy,
   Julie & Edward C. Levy Jr.,
   Joshua & Eunice Stone
Joel D. & Shelley Tauber

### $5 Million
Mandell L. & Madeleine H. Berman
Sol & Ann Eisenberg,
   Kenneth & Frances Eisenberg
The Cohn & Haddow Families
Jean & Samuel Frankel
Nancy & James Grosfeld
Mr. & Mrs. Samuel Hamburger,
   Mr. & Mrs. Louis Hamburger
Jason L. & Edith Honigman,
   Daniel M. Honigman
Jay M. Kogan
David S. & Miriam Mondry
George & Celia Orley,
   Joseph H. & Suzanne Orley,
   Graham A. & Sally Orley
Rebecca and Gary Sakwa*
The Schostak Family

### $3 Million
Jerry & Eileen Bielfield*
Mr. & Mrs. Louis Berry,
   Mr. & Mrs. Harold Berry,
   Mr. & Mrs. George D. Seyburn
Penny B. & Harold Blumenstein
Abraham & Molly Borman,
   Paul & Marlene Borman
Tom & Sarah Borman, Paul D. Borman
Margot & Warren J. Coville
Betty and Marvin Danto
Madeline & Sidney Forbes*
Byron & Dorothy Gerson
Daniel & Jennifer Gilbert
Doreen & Ambassador David B. Hermelin
The Jacob Family*
Mr. & Mrs. Maxwell Jospey
David M. & Bernice Miro,
   Jeffrey H. & Marsha Miro,
   Ernest J. & Barbara Weiner
Sheila & Hughes Potiker
Meyer & Anna Prentis,
   Lester J. & Jewell Prentis Morris Family,
   Beverly P. Wagner
Marianne & Alan E. Schwartz
The Seligman Family
Jane F. & D. Larry Sherman
Milton & Lois Shiffman
Max & Frieda Stollman,
   Phillip Stollman
Marilyn & Walter J. Wolpin*
Robert & Sylvia Zell
Paul & Helen Zuckerman

*new to this giving level since 2006 Annual Report



LIFETIME OF GIVING
TO FEDERATION'S ANNUAL CAMPAIGN

Eugene & Marcia Applebaum
Mina & Theodore Bargman
Nora Lee & Guy Barron
Mandell L. & Madeleine H. Berman
Mr. & Mrs. Harold Berry
Mr. & Mrs. Louis Berry
Beznos Family*
Jerry & Eileen Bielfield
Penny B. & Harold Blumenstein
Paul & Marlene Borman
Abraham & Molly Borman
Paul D. Borman
Tom & Sarah Borman
Dorothy & Peter D. Brown
Margo & Maurice S. Cohen
Sadie & Irwin I. Cohn
Lois & Hon. Avern L. Cohn
Margot & Warren J. Coville
Julie & Peter Cummings
Betty & Marvin I. Danto
William Davidson
Alfred L. & Bernice Deutsch
Gail & Kenneth A. Dishell
Mala & Henry S. Dorfman
Linda & Milton H. Dresner
Sol & Ann Eisenberg
Kenneth & Frances Eisenberg
Estelle & Philip L. Elkus
Audrey & William Farber
Dede & Oscar H. Feldman
Morris & Sybil Fenkell
Ron & Ronda Ferber/ Alon & Shari Kaufman
Clothilde & Leon Fill
Phillip Wm. Fisher
Max M. & Marjorie Fisher
Mr. & Mrs. Meyer M. Fishman
Nathan & Minnie Fishman
Madeline & Sidney Forbes
Mr. & Mrs. Henry Ford II
Jean & Samuel Frankel
Stanley & Judy Frankel
Barbara & Marvin Frenkel
Isabelle & Samuel E. Friedman
Byron & Dorothy Gerson
Daniel & Jennifer Gilbert
Gloria & William Gilbert
Dawn & Milt Gilman
Constance & Irving L. Goldman
Nola & Marvin H. Goldman
Stephen & Nancy Grand
Sam & Evelyn Grand
Irwin & Bethea Green
Carolyn & Hugh W. Greenberg
Nancy & James Grosfeld
Rita & John M. Haddow
Mr. & Mrs. Louis Hamburger
Mr. & Mrs. Samuel Hamburger
David & Marion Handleman
Sonia & Paul M. Handleman
Shirley & Merle Harris
Doreen & Ambassador David B. Hermelin
Daniel M. Honigman
Jason L. & Edith Honigman
Stanley Imerman
Joseph H. & Edythe Jackier
The Jacob Family
Nancy & Joseph M. Jacobson
Mr. & Mrs. Maxwell Jospey
Ann & Norman Katz
David Katzman
Beatrice & Barney L. Keywell
Jay M. Kogan
Pauline & Edward C. Levy
Julie & Edward C. Levy Jr.
Susan & A. Bart Lewis
Beth & Malcolm Lowenstein
Florine Mark and Family
Florence & Charles Milan
Philip S. & Edna Minkin
David M. & Bernice Miro
Jeffrey H. & Marsha Miro
David S. & Miriam Mondry
Sheila & Eugene Mondry
Lester J. & Jewell Morris
Mike & Mary Must
Edward & Judith Narens
Ann & Rudy Newman*
Barbara & Irving Nusbaum
Graham A. & Sally Orley
Joseph H. & Suzanne Orley
Andrea & David K. Page
Susan & Norman A. Pappas
Myrna & Spencer Partrich
Marilyn & Bernard E. Pincus
Ina & Murray Pitt
Blanche & David Pollack
Sheila & Hughes Potiker
Meyer & Anna Prentis
Edward Ravitz
Aviva & Jack A. Robinson
Edward & Lillian Rose
Irving & Audrey Rose
Leslie & Marjorie Rose
Joan & Sheldon Rose
Mr. & Mrs. Meyer Rosenbaum
Mr. & Mrs. Melvin B. Rosenhaus
Victor & Alice Ross
Irving A. Rubin*
Rebecca & Gary Sakwa
Robert V. & Bluma Schechter
Shirley & Nathan Schlafer
The Schostak Family
Marianne & Alan E. Schwartz
The Seligman Family
Mr. & Mrs. George D. Seyburn
Laurie & Joel H. Shapiro
Jane F. & D. Larry Sherman
Mr. & Mrs. Abe Shiffman
Milton & Lois Shiffman
Edith & Joseph B. Slatkin
Richard & Sheila Sloan
Mr. & Mrs. Harold Soble
Susan & Robert Sosnick
Henry J. Spiro
Michael Stein
Max & Frieda Stollman
Phillip Stollman
Joshua & Eunice Stone
Joel D. & Shelley Tauber
Mr. & Mrs. A. Alfred Taubman
Steven I. & Arlene Victor
Beverly P. Wagner
Ernest J. & Barbara Weiner
Janis & William M. Wetsman
Marilyn & Walter J. Wolpin
Roberta & Sylvia Zell
Paul & Helen Zuckerman

*new to this giving level since 2006 Annual Report

ESTABLISHED IN 1997 TO HONOR THOSE WHOSE CUMULATIVE GIFTS OF $1 MILLION AND MORE TO FEDERATION'S ANNUAL CAMPAIGN HAVE HELPED CREATE THE STATE OF ISRAEL AND FURTHERED THE RESCUE, REHABILITATION AND EDUCATION OF MILLIONS OF JEWISH PEOPLE IN OUR COMMUNITY AND AROUND THE WORLD.



BUILDERS OF ISRAEL