UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 13-cr-20772
    HON. GERSHWIN A. DRAIN

RASMIEH ODEH,

    Defendant.

_____/

**ORDER DIRECTING THE UNITED STATES MARSHAL SERVICE TO PARTIALLY SEQUESTER THE JURY AND TO PERFORM OTHER DUTIES AS NECESSARY**

On this date, the Court entered an Order Granting in Part and Denying in Part the Government's Motion to Empanel an Anonymous Jury and to Take Other Measures Necessary to Ensure an Untainted Jury.

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED:

(1) The United States Marshal Service shall make arrangements for off-site parking and for the daily transportation of the jurors selected to hear this case from a secure location to and from the courthouse in vans furnished by Court Services and with gas paid for by Court Services. The jury shall only be transported in a van that has its windows covered.

(2) The United States Marshal Service shall escort the jury selected to hear this case in and out of the courthouse. The United States Marshal Service shall ensure the jurors enter and exit the building via the Courthouse basement.

(3)  The United States Marshal Service shall be responsible for maintaining order and decorum in the Courtroom and the Courthouse, including preventing loud or unusual noise that disrupts the trial proceedings or otherwise impedes the performance of official duties of any Government employees working in the Courthouse.

(4)  The United States Marshal Service shall prevent any person from entering the Courthouse who is wearing or carrying any clothing, buttons, or other items that may be clearly visible to the jury that carry any message or symbol addressing the issues related to this case.

(5)  The United States Marshal Service shall ensure that Defendant's supporters who assemble outside the Courthouse comply with the City of Detroit's Ordinance Sec. 36-1-1.

(6)  All orders given by the Marshal or his deputies shall be deemed orders of this Court and must be complied with immediately.

SO ORDERED.

Dated: October 16, 2014        /s/Gershwin A Drain
                               GERSHWIN A. DRAIN
                               UNITED STATES DISTRICT JUDGE