UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

                                                  Case No. 13-cr-20772

vs.                                         HON. GERSHWIN A. DRAIN

RASMIEH ODEH,

              Defendant.

_____/

## ORDER GOVERNING PUBLIC CONDUCT, COURTROOM PROCEDURES AND DECORUM

      Trial in the instant matter is set to commence on November 4, 2014.  In order to ensure the orderly disposition of this matter:

      IT IS HEREBY ORDERED that:

      1) Trial in this matter shall be held daily from approximately 9:00 a.m. to 1:00 p.m. in the undersigned's Courtroom, Room 110, however the schedule remains subject to change.  Overflow seating will be made available in another Courtroom of the Courthouse for all who pass through security checks and otherwise comply with this Order.  Counsel shall contact the undersigned's staff at (313) 234-5215  to determine the location of the overflow Courtroom for each day of the trial.

      2)    CONTACT WITH JURORS AND PROSPECTIVE JURORS IS STRICTLY PROHIBITED.  Contact with prospective jurors is strictly prohibited.  No one may in any respect attempt to or actually contact, interview, or communicate or speak with any prospective juror about

-1-

the instant case nor that person's status as a prospective juror until that juror has been excused from service on this case.

No one may in any respect attempt to or actually contact, interview, or communicate or speak with any of the jurors selected to decide this case about any issues in this action nor that person's status as a juror until the trial has concluded.

No one observing the trial proceedings may attempt in any way to influence or intimidate any juror or prospective juror through any means, including wearing or carrying any clothing, buttons, or other items in the Courthouse that may be clearly visible to the jury that carry any message or symbol addressing the issues related to this case.

3)   ELECTRONIC DEVICES

Only law enforcement agents and counsel will be permitted to have cell phones, PDA devices, laptop computers, or other electronic devices in the undersigned's Courtroom, and these must remain silent while in the Courtroom.  *See* E.D. Mich. L.R. 83.31(c), (e), and (f).

No one viewing the trial proceedings in this Courthouse may bring into the Courthouse any cameras, electronic recording, or communication devices of any kind.  No cameras or recording devices may be used in the undersigned's Courtroom, nor the overflow Courtroom.  No member of the public may record or transmit, or attempt to record or transmit, any court proceedings in any manner.

4)   COURTROOM DECORUM

The undersigned's Courtroom will be open thirty (30) minutes before each Court session. To minimize disruptions in the Courtroom, all spectators should be seated ten (10) minutes before each session, and absent emergencies, should remain seated throughout the proceedings until court

recesses.  No one except court staff, assigned counsel, and those assisting assigned counsel will be permitted to enter the Courtroom once proceedings, including voir dire and trial, begin.

No conversations or disruptive gestures are permitted in the Courtroom.

No beverages or food (other than water at counsel table or the witness stand) are allowed in the Courtroom.

Failure to comply with these rules will result in removal from the Courtroom.

5)  <u>RESTRICTIONS ON INTERVIEWS</u>

At no time may any attorney or party otherwise affiliated with this case hold a press conference in the Courthouse, on the front or rear steps of the Courthouse, or at any point of ingress or egress from the Courthouse.

6)  <u>VIOLATIONS</u>

Any violation of the instant Order by any person may result in exclusion from the Courthouse or other sanction as deemed appropriate by the Court.  Moreover, any person who violates this Order may be subject to criminal prosecution for obstruction of justice or contempt of court.

The United States Marshal Service is responsible for maintaining order and decorum in the Courtroom and Courthouse.  All orders given by the Marshal or his deputies shall be deemed orders of this Court and must be complied with immediately.  Failure of any person to do so will result in sanctions by the Court.

SO ORDERED.

Dated: October 16, 2014                                    /s/Gershwin A Drain_____
                                                                       GERSHWIN A. DRAIN
                                                                       UNITED STATES DISTRICT JUDGE

-3-