UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

      Case No. 13-cr-20772
      HON. GERSHWIN A. DRAIN

RASMIEH ODEH,

      Defendant.

_____/

### SUPPLEMENTAL ORDER REGARDING PUBLIC CONDUCT

It has come to the attention of the Court that leaflets prepared by Defendant's supporters were passed out to individuals entering the courthouse prior to the hearing on October 28, 2014. Of course, contact with the jurors or prospective jurors is strictly prohibited. *See* Dkt. No. 110. Moreover, this Court has explicitly stated that no one shall "attempt in any way to influence or intimidate any juror or prospective juror through any means, including . . . carrying any clothing, buttons or other items in the Courthouse that may be clearly visible to the jury that carry any message or symbol addressing the issues related to this case." *Id.* at 2. As such, passing out literature of the type passed out on October 28, 2014 to individuals entering the courthouse is STRICTLY PROHIBITED on November 4, 2014, since Defendant's supporters have no means of knowing whether an individual entering the courthouse on that day is a prospective juror for the trial in this matter.

SO ORDERED.

Dated: October 30, 2014 /s/ Gershwin A. Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
October 30, 2014, by electronic mail.

/s/ Tanya Bankston
Deputy Clerk

# TO DONATE:

and forward your automated receipt to CPPR@aaan.org noting the amount and its designation to Rasmea.

**Checks should be made out to CSFR with "Rasmea Defense Fund" on the memo line, and mailed to:**

**If you want your donation to be tax-deductible** you must write a check in the amount of **$100 or more** and make it payable to the NLG Foundation (**with Rasmea Defense Fund written in the memo**) and mail the check to the same address.

أدينوا هذه الحملة المشينة على هذه المرأة القديرة وأمثالها من القيادات الجماهيرية المميزة التي تُحارب لدفاعها عن حقوق الجالية العربية والاسلامية في الولايات المتحدة.

للمساعدة: اتبعوا الخطوات المدرجة في الداخل!

Stay tuned to **www.stopfbi.net** for updates on the case, and for more information about United States Palestinian Community Network's (USPCN's) work upholding Palestinian rights to Equality, Self-Determination, and Return, and defending Rasmea and other Palestinians under attack, go to **www.uspcn.org**.

**stopFBI.net**



uspcn.org



I SUPPORT RASMEA

أنا أدعم رسميّة

## WHO IS RASMEA?

Rasmea is a leading member of Chicago's Arab and Muslim communities, and her decade of service in the U.S. has changed the lives of thousands of people, particularly disenfranchised Arab women and their families. She has been with the AAAN since 2004, and is responsible for the management of day-to-day operations and the coordination of its Arab Women's Committee, which has a membership of nearly 600 and leads the organization's work in the areas of defending civil liberties and immigrant rights. She is a mentor to hundreds of immigrant women, as well as many members of the AAAN's staff and board, and is a well-known and respected organizer throughout Chicagoland, the U.S., & the world.

Earlier this year, Rasmea received the **Outstanding Community Leader Award** from the Chicago Cultural Alliance, which described her as a woman who has:

"**dedicated over 40 years of her life to the empowerment of Arab women, first in her homes of Palestine, Jordan, and Lebanon, where she was an activist and practicing attorney, and then the past 10 years in Chicago.**"

Rasmea is a community icon who recently completed a Master's degree in Criminal Justice from Governors State University. She overcame vicious torture by Israeli authorities while imprisoned in Palestine in the 70s, and is a proud reminder of the millions of Palestinians who have not given up organizing for their rights of liberation, equality, and return.




## HOW IT HAPPENED:

In the early morning of Tuesday, October 22nd, 2013, sixty-five year old Associate Director of the Arab American Action Network (AAAN), Rasmea Yousef Odeh, was arrested at her home by agents from the Department of Homeland Security. She was indicted in federal court that same morning, charged with Unlawful Procurement of Naturalization, an allegation based on answers she gave on a 20-year-old immigration application. Rasmea, who has made it her life's work to serve and help empower Palestinian, Arab, and Muslim families, is the victim of another politically-motivated witch-hunt by our federal law enforcement agencies, which continue to violate the civil rights of Arabs and Muslims with impunity, particularly those who are critical of U.S. support for Israel's crimes against the Palestinian people. This case is also significant in the context of the long history of attacks against communities that organize for social change in this country, especially Black, Chicano and Mexicano, Puerto Rican, Native, Asian, and other oppressed nationalities.

## ACTION PLAN

1. **Get on the Bus!** Join us at the federal courthouse in **Detroit (231 W. Lafayette Blvd.)** for the start of the trial ~~Monday, November 4th, 2013.~~ For bus and carpool info, email cppr@aaan.org.

2. Sign the petition to drop the charges: www.stopfbi.net/sign-petition-rasmea-odeh

3. Send statements of support and solidarity to cppr@aaan.org

4. Like **Drop The Charges Against Rasmea Now** and          using #justice4rasmea

5. Send us your pictures holding up the following message: "I am _____ and I support Rasmea."

Fill in the blank with a self-identifier (e.g., your name, occupation or any other description). Examples: "I am a youth organizer and I support Rasmea!" or "I am a supporter of Palestinian Human Rights and I support Rasmea!" Hold the sign up, snap a selfie, and send it to cppr@aaan.org. **Then make it your Facebook/Twitter/ Google profile picture!**

Remember, we may use your image in publications or informational pamphlets either online or in distributed hard copies.

---

رسميّة عودة:

عضو جماهيري بارز في الجالية العربية و المسلمة في شيكاغو، غيّرت على مدار العقد الاخير حياة الآلاف من الناس. إنضمّت رسميّة لشبكة العمل العربية الأمريكية، في العام 2004. الى جانب إدارة الأعمال اليومية في المؤسسة، تتضمن مسؤولياتها تشكيل وتنسيق لجنة المرأة العربية، والتي تضم في عضويتها حالياً قرابة ال600 إمرأة. كذلك تقود رسميّة عمل المؤسسة في مجالات الدفاع عن الحريات المدنية وحقوق المهاجرين. رسميّة، معلمة ومرشدة لمئات من النساء المهاجرات، ولموظفي المؤسسة وأعضاء مجلس إدارتها. حصلت رسميّة في العام الماضي على جائزة القيادة المميزة في العمل الجماهيري من التحالف الثقافي في شيكاغو، والتي وصفت رسمية على أنها: "إمرأة كرست أكثر من أربعين عاما من حياتها لتمكين و تقوية المرأة العربية، بداية في فلسطين، الأردن، ولبنان، حيث كانت محامية ناشطة، ومن ثم في شيكاغو وعلى مدى العشر سنوات الماضية".

تخصّصت رسالتها الماجستير التي حصلت عليها من جامعة جفرنر ستيت في العدالة الجنائية .
خلال اعتقالها في فلسطين في أواخر الستينات و السبعينات، تغلبت رسميّة على التعذيب الحاقد من قبل السلطات الإسرائيلية.

تسلسل أحداث الإتهام:

صّباح الثلاثاء، الموافق 23 تشرين الأول، 2013، تم إعتقال رسميّه عودة، نائبة المدير في شبكة العمل العربية الأمريكية، من منزلها، من قبل عناصر من وزارة الأمن الداخلي. وفي نفس اليوم وجهت لها المحكمة الفدرالية تهمة الحصول على الجنسية الأمريكية بطريقة غير شرعية، وذلك بناءً على ادعاءات حول إجاباتها على طلب إستمارة الهجرة التي عبأتها قبل عشرون عاماً.

رسميّة، التي كرست حياتها  لتمكين ومساعدة الفلسطينيين، العرب، والمسلمين، أصبحت ضحية المؤامرات السياسية التي تشنّها مؤسسات الأمن الفيدرالية في انتهاك واضح للحقوق المدنية للعرب والمسلمين، دون أية عقاب ، وعلى الأخص حقوق الذين ينتقدون دعم الولايات المتحدة لإسرائيل و جرائمها  ضد الشعب الفلسطيني.
هذه الحالة هي أيضا هامة في سياق تاريخ طويل من الهجمات ضد الجماعات التي تعمل من أجل التغيير الاجتماعي في هذا البلد، وخاصة السود، الشيكانو والمكسيكي، بورتوريكو، الامريكيين الاصليين، والاسيويين، والقوميات المضطهدة الأخرى.

لمساعدة الحملة:

1. انضموا الينا واصعدوا الى الحافلة لنتوجه الى المحكمة الفدرالية في ديترويت مع بدء المحاكمة ~~يوم الاثنين 4 تشرين الثاني.~~ لمزيد من المعلومات زوروا موقعنا   cppr@aaan.org .
www.stopfbi.net/sign-petition-rasmea-odeh :الرجاء التوقيع على عريضة إسقاط التهم ضد رسميّة

3. راسلونا على الأيميلات ورسائل التضامن على: cppr@aaan.org

4. إنضم إلى صفحة الفيسبوك           و تويتر

5. إرسل لنا صورتك  مع لافتة تحمل الرسالة التالية:   "أنا _____ وأنا أؤيد رسمية"
الرجاء إكمال الفراغ بالتعريف الذاتي: إسمك، وظيفتك، أو أي وصف آخر. مثلا"أنا مؤيد لحقوق الإنسان الفلسطينية، و أؤيد رسمية."
الرجاء ارسال الصورة المؤيدة لرسميّة إلى عنوان البريد الإلكتروني: cppr@aaan.org
و من ثم احفظها كصورتك الشخصية على فيسبوك و تويتر. من المحتمل أن تستخدم هذه الصورة في نشرات إعلامية في المستقبل.

بإمكانك زيارة الموقع الإلكتروني www.stopfbi.net لمتابعة اخر التطورات في القضية.
و www.uspcn.org للمزيد من المعلومات عن عمل شبكة الجالية العربية في الولايات المتحدة الأمريكية المختصّة في الدفاع عن حقوق الفلسطينيين، المساواة، تقرير المصير، العودة، والدفاع عن رسميّة عودة، وفلسطينيون آخرون يتعرضون لهجوم مماثل يوميا.