UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.
    Case No. 13-cr-20772
    HON. GERSHWIN A. DRAIN

RASMIEH ODEH,

    Defendant.

_____/

## ORDER SUSTAINING THE GOVERNMENT'S OBJECTION TO DEFENDANT'S EXHIBIT NUMBER 1

    Trial in the instant matter commenced on November 4, 2014. On November 5, 2014, outside the presence of the jury, the Court heard the Parties' arguments concerning the Government's objection to Defendant's Exhibit number 1. Defendant's Exhibit number 1 is an older version of the United States Citizenship and Immigration Services ("USCIS") N-400 Naturalization Application.

    For the reasons stated on the record on November 5, 2014, the Court will SUSTAIN the Government's objection to Defendant's Exhibit number 1. However, consistent with this Court's oral ruling, the Court will permit Defendant's counsel to cross examine Douglas Pierce, Section Chief for the USCIS, about the differences between the older version of the N-400 Application and the version of the N-400 Application used by Defendant when she applied for her citizenship in 2004.

SO ORDERED.


Dated: November 6, 2014 /s/Gershwin A Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE