UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,   CRIMINAL NO. 13-20772

                Plaintiff,   HONORABLE GERSHWIN A. DRAIN

vs.

RASMIEH YOUSEF ODEH,

                Defendant.
_____/

## VERDICT FORM

WE, the Jury, after due deliberation, find the following unanimous verdict on the charge in the indictment:

### Count One: Unlawful Procurement of Naturalization – 18 U.S.C. § 1425(a)

Not Guilty _____   Guilty __X__

                **s/Jury Foreperson**
                In compliance with the Privacy Policy
                Adopted by the Judicial Conference,
                the verdict form with the original signature
                has been filed under seal.

Dated: 11/10/14

FILED
NOV 10 2014
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

1