UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                Case No. 13-cr-20772
                                HON. GERSHWIN A. DRAIN

RASMIEH ODEH,

       Defendant.

_____/

**ORDER FINDING DEFENDANT'S MOTION FOR JUDGMENT NOTWITHSTANDING THE VERDICT AND FOR NEW TRIAL [#136] MOOT, FINDING THE GOVERNMENT'S MOTION TO STRIKE [#140] MOOT AND FINDING DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPORTING BRIEF [#141] MOOT**

Presently before the Court are various post-verdict motions. On November 17, 2014, Defendant filed a single Motion for Judgment Notwithstanding the Verdict and for a New Trial. *See* Dkt. No. 136. Thereafter, the Government moved to strike Defendant's Motion for Judgment Notwithstanding the Verdict and for a New Trial because the motion was procedurally and substantively deficient. *See* Dkt. No. 140.

The Government's motion to strike correctly identified the procedural deficiencies with respect to Defendant's Motion for Judgment Notwithstanding the Verdict and for a New Trial in that the Defendant had improperly combined two motions and failed to provide a supporting brief in contravention of this Court's local rules. After the Government filed its Motion to Strike, Defendant filed a Motion for Leave to File Supporting Brief to rectify the absence of a brief in

support of her Motion for Judgment Notwithstanding the Verdict and for a New Trial. *See* Dkt. No. 141.

However, a review of the docket in this matter reveals that Defendant has corrected all of the procedural deficiencies in her original motion by filing an (1) Amended Motion for New Trial with Brief in Support and (2) an Amended Motion for Judgment of Acquittal Notwithstanding the Verdict with Brief in Support. Both motions were filed on November 21, 2014. *See* Dkt. Nos. 142 and 143.

Accordingly, Defendant's Motion for Judgment Notwithstanding the Verdict and for a New Trial [#136] is MOOT. The Government's Motion to Strike [#140] is MOOT. Defendant's Motion for Leave to File Supporting Brief [#141] is MOOT.

SO ORDERED.

Dated: November 24, 2014                    /s/Gershwin A Drain
                                            GERSHWIN A. DRAIN
                                            United States District Judge