UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,         CRIMINAL NO. 13-20772

    Plaintiff,                         HONORABLE GERSHWIN A. DRAIN

v.

RASMIEH YOUSEF ODEH,

    Defendant.
_____/

## ORDER SETTING DATES FOR PARTY FILINGS, DAUBERT HEARING, AND TRIAL

On June 14, 2016, a status hearing was held to set dates in this case for further filings and proceedings. As a result of that hearing, it is hereby:

1. ORDERED that, on or before July 8, 2016, the government will file its motion to have the defendant examined by its expert, pursuant to Rule 12.2 of the Federal Rules of Criminal Procedure; that the defendant shall submit its objection to that motion by July 22, 2016 and that the government's reply shall be filed by August 1, 2016;

2. IT IS FURTHER ORDERED that, if the Court grants the government's motion to have the defendant examined by the government's own expert, that examination shall occur by September 6, 2016;

3. IT IS FURTHER ORDERED that the parties will provide each other

with expert disclosures, pursuant to Federal Rules of Criminal Procedure 16(a)(1)(F), 16(a)(1)(G), 16(b)(1)(B) and 16(b)(1)(C), by October 3, 2016. These disclosures shall include: the results or reports of any mental examination of the defendant, the identity of expert witnesses, the expert witnesses' opinions, the bases and reasons for those opinions, a written summary of any testimony that the proponent of the witness intends to use during its case-in-chief, and the witness's qualifications.

4. IT IS FURTHER ORDERED that the government's memorandum in support of a Daubert hearing and the defendant's memorandum in opposition to a Daubert hearing, as well as any supplemental affidavits, shall be filed by October 25, 2016. The supplemental affidavits permitted to be filed shall only be from those expert witnesses previously identified and disclosed on October 3, 2016.

5. IT IS FURTHER ORDERED that, if the Court decides to hold a Daubert hearing, that hearing will be held on November 29, 2016, at 10:00 a.m.;

6. IT IS FURTHER ORDERED that, if the Court decides that the testimony of Dr. Mary Fabri is admissible, a new trial shall commence on January 10, 2017 at 8:30 a.m.

IT IS SO ORDERED.

Dated: June 21, 2016       s/Gershwin A. Drain  
        Detroit, Michigan      GERSHWIN A. DRAIN  
                                  United States District Judge