UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,	CRIMINAL NO. 13-20772

    Plaintiff,	HONORABLE GERSHWIN A. DRAIN

v.

RASMIEH YOUSEF ODEH,

    Defendant.
_____/

## STIPULATION AND ORDER RELATING TO MODIFICATION OF REPORTING REQUIREMENT OF BOND CONDITION

Pursuant to E.D. Mi. LR 7.1(a), the parties stipulate and request the Court to enter a stipulated order as follows:

1.    The defendant's current conditions of release require her to report in person and to report by telephone to Pretrial Services once a week.

2.    The parties agree and ask the Court to enter the following reporting condition as a modification to the current terms of release:

    A.    The defendant shall report in person to Pretrial Services once every other week.  For those weeks that the defendant is not required to report to

Pretrial Services in person, the defendant shall report once by telephone to Pretrial Services.

Respectfully submitted,

BARBARA L. MCQUADE
United States Attorney

| | |
|---|---|
| s/Cathleen M. Corken | s/Michael C. Martin |
| CATHLEEN M. CORKEN | MICHAEL C. MARTIN |
| Assistant United States Attorney | Assistant U.S. Attorney |
| 211 West Fort Street, Suite 2001 | 211 W. Fort, Suite 2001 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 226-9100 | (313) 226-9100 |

/s/ MICHAEL E. DEUTSCH
MICHAEL E. DEUTSCH
Attorney for Rasmieh Odeh
1180 N. Milwaukee Ave.
Chicago, IL 60642
Phone: (773) 235-0070
Email: michaeled45@gmail.com

Date: June 27, 2016

**SO ORDERED.**

/s/Gershwin A Drain
HONORABLE GERSHWIN A. DRAIN
United States District Judge

Dated: June 27, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2016, I electronically filed or caused to be filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF filers.

                                        s/Cathleen M. Corken
                                        Assistant United States Attorney
                                        211 West Fort Street, Suite 2001
                                        Detroit, MI 48226
                                        (313) 226-9100

Dated: June 27, 2016