# EXHIBIT A

**Still Frames and Translation of Video, "Women in Struggle" (2004)**



The whole interrogation was difficult, I can remember several things that were



difficult but if I were to choose, the moment they brought my father



into the interrogation room while I was naked and they tried to force him













4



















in front of my father the situation hit me at a different level.



I was worried about my father, this was a very sensitive issue.



I was worried he would die from this incident,

8





