UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,   CRIMINAL NO. 13-20772

    Plaintiff,

                                HONORABLE GRESHWIN A. DRAIN

vs.

RASMIEH YOUSEF ODEH,

    Defendant.
_____/

**EXPERT AFFIDAVITS IN SUPPORT OF ADMISSIBILTY OF POST TRAUMATIC STRESS DISORDER EXPERT TESTIMONY AT TRIAL**

NOW COMES the defendant, Rasmea Odeh, by her undersigned lawyer, and submits affidavits from Hawthorne E, Smith, Ph.D., Clinical Director of the Bellevue/NYU Program for Survivors of Torture (Exhibit #A), and James Jaranson, MD, MA, MPH, Vice-Chair of Survivors International, the torture treatment Center in San Diego, California (Exhibit #B).

Both affidavits are submitted in support of the admissibility at trial of the expert testimony of Dr. Mary Fabri.

                                                    Respectfully submitted

Dated: October 25, 2016                      /s/ Michael E Deutsch
                                                    Michael E. Deutsch
                                                    One of the Attorneys for the Defendant
                                                    1180 N. Milwaukee Ave
                                                    Chicago, IL. 773-235-0070

## CERTIFICATE OF SERVICE

I herby certify that on October 25, 2016, I electronically filed or caused to be filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF filers.

/s/ Michael E. Deutsch
People's Law Office
1180 N. Milwaukee Ave.
Chicago, Il 60642
773-235-0070

Dated: October 25, 2016