UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,              CRIMINAL NO. 13-20772

          Plaintiff,                     HONORABLE GERSHWIN A. DRAIN

v.

RASMIEH YOUSEF ODEH,

          Defendant.
_____/

GOVERNMENT'S EX PARTE MOTION FOR PERMISSION
TO FILE A BRIEF IN EXCESS OF TWENTY-FIVE PAGES,
AND BRIEF IN SUPPORT THEREOF

NOW COMES the United States of America, and hereby moves this Court,

pursuant to Local Rule 7.1(d)(3), for an Ex Parte Order permitting it to file a brief in

excess of the twenty-five page limit set forth in that Local Rule.   In order to

properly and completely brief the issues presented, including the procedural history

of the case, the facts, the statements by the defendant's proposed expert and others,

as well as the substantial authority interpreting *Daubert v. Merrell Dow*

*Pharmaceuticals*, 509 U.S. 579 (1993), the government has written a brief which

exceeds the page limitations of the Local Rule.

WHEREFORE, the United States prays that its motion be granted, and that it

1

be permitted to file a reply brief in excess of twenty-five pages in length.

                          Respectfully submitted,

                          BARBARA L. McQUADE
                          United States Attorney

                          s/Jonathan Tukel
                          JONATHAN TUKEL
                          Chief, National Security Unit
                          Assistant U.S. Attorney
                          211 West Fort Street, Suite 2001
                          Detroit, MI 48226
                          (313) 226-9100

                          s/Cathleen M. Corken
                          CATHLEEN M. CORKEN
                          Assistant United States Attorney
                          211 West Fort Street, Suite 2001
                          Detroit, MI 48226
                          (313) 226-9100

                          s/Michael C. Martin
                          MICHAEL C. MARTIN
                          Assistant United States Attorney
                          211 West Fort Street, Suite 2001
                          Detroit, MI 48226
                          (313) 226-9100

Dated: November 15, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2016, I electronically filed or caused to be filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF filers.

<div style="margin-left: 45%;">

s/Michael C. Martin
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

</div>