UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiffs,

v.

RASMIEH YOUSEF ODEH,

    Defendant.
_____/

Case No. 13-cr-20772

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
DAVID R. GRAND

**ORDER REQUIRING EXPEDITED RESPONSE FROM THE GOVERNMENT**

    Pending before the Court is the Defendant's Motion for Continuance of Trial. Dkt. No. 219. A jury trial is currently set for January 10, 2017. Due to the quickly approaching trial date, the Court orders the Government to respond to the Defendant's Motion for Continuance of Trial no later than **Tuesday, December 20, 2016**. In its Response, the Government must identify what new charges and additional allegations, if any, will be brought in the new, superseding indictment.

    **SO ORDERED**.

Dated: December 14, 2016      /s/Gershwin A Drain
Detroit, MI     HON. GERSHWIN A. DRAIN
    United States District Court Judge

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, December 14, 2016, by electronic and/or ordinary mail.

    /s/Tanya Bankston
    Case Manager, (313) 234-5213