UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                            Case No. 2:13–cr–20772–GAD–DRG
                                               Hon. Gershwin A. Drain

Rasmieh Yousef Odeh,

           Defendant(s),

_____

### NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of hearing on [219] MOTION to Continue as to Rasmieh Yousef Odeh. **Motion Hearing set for 12/21/2016 10:00 AM before District Judge Gershwin A. Drain** (TBan)

All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 110.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                               By: s/T Bankston
                                                                   Case Manager

Dated:  December 15, 2016