USA
v
Rasmieh Yousef Odeh

13-20772
Drain

## DEFENDANT'S ACKNOWLEDGMENT OF FIRST SUPERSEDING INDICTMENT

I, RASMIEH YOUSEF ODEH, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the First Superseding Indictment in this cause prior to pleading to it, and I have read it and understand its contents.

I know that if I am convicted, either at trial or if I plead guilty, I shall be sentenced as follows:

**Count One -**

A. Up to 10 years imprisonment, and a fine of up to $250,000.

B. Title 8, United States Code, Section 1451(e) further provides:

When a person shall be convicted under section 1425 of Title 18 of knowingly procuring naturalization in violation of law, the court in which such conviction is had shall thereupon revoke, set aside, and declare void the final order admitting such person to citizenship and shall declare the certificate of naturalization of such person to be canceled. Jurisdiction is conferred on the courts having jurisdiction of the trial of such offense to make such adjudication.

FILED
FEB 07 2017
CLERK'S OFFICE
U.S. DISTRICT COURT

_____
RASMIEH YOUSEF ODEH
Defendant

Dated: 1-12-17

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for the defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pretrial motions to be filed within twenty days of arraignment unless otherwise provided by order.

_____
William Goodman
Counsel for Defendant

Dated: FEB 07 2017