UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,                    CRIMINAL NO. 2:13-cr-20772

       Plaintiff,                                   HONORABLE GERSHWIN A. DRAIN

vs.

D-1 RASMIEH YOUSEF ODEH,

       Defendant.
_____/

STIPULATION TO CONTINUE DATE FOR FILING RESPONSES TO MOTIONS UP TO AND INCLUDING MARCH 10, 2017

The parties, though their attorneys, stipulate that responses to all motions, previously due on February 28, 2017, will now be due no later than March 10, 2017.

                                       Respectfully submitted,

                                       BARBARA L. MCQUADE
                                       United States Attorney

| | |
|---|---|
| s/Jonathan Tukel | s/Michael C. Martin |
| JONATHAN TUKEL (P41642) | MICHAEL C. MARTIN |
| Assistant United States Attorney | Assistant United States Attorney |
| 211 West Fort Street, Suite 2001 | 211 W. Fort, Suite 2001 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 226-9749 | (313) 226-9670 |
| jonathan.tukel@usdoj.gov | michael.c.martin@usdoj.gov |

/s/ with consent of MICHAEL E. DEUTSCH

MICHAEL E. DEUTSCH
Attorney for Rasmieh Odeh
1180 N. Milwaukee Ave.
Chicago, IL 60642
Phone: (773) 235-0070
Email: michaeled45@gmail.com


Dated: February 17, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  CRIMINAL NO. 2:13-cr-20772

    Plaintiff,  HONORABLE GERSHWIN A. DRAIN

vs.

D-1 RASMIEH YOUSEF ODEH,

    Defendant.
_____/

ORDER RESETTING DEADLINE FOR FILING OF RESPONSES
TO PRETRIAL MOTIONS

The parties' stipulation to reset the deadline for filing responses pretrial motions, currently set for February 28, 2017, to March 10, 2017, having been filed; and the Court being fully informed in the premises;

IT IS HEREBY ORDERED that responses to pretrial motions shall be due no later than March 10, 2017.

IT IS HEREBY ORDERED that the hearing on the parties' motions shall be moved from March 21, 2017 to April 4, 2017 at 2:00 p.m.

Dated: February 21, 2017  /s/Gershwin A. Drain
    GERSHWIN A. DRAIN
    United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
February 21, 2017, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk