UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,   CRIMINAL NO. 2:13-cr-20772

    Plaintiff,   HONORABLE GERSHWIN A. DRAIN

vs.

D-1 RASMIEH YOUSEF ODEH,

    Defendant.
_____/

ORDER RESETTING DEADLINE FOR FILING OF RESPONSES
TO PRETRIAL MOTIONS

The parties' stipulation to reset the deadline for filing responses pretrial motions, currently set for March 10, 2017, to March 17, 2017, having been filed; and the Court being fully informed in the premises;

IT IS HEREBY ORDERED that responses to pretrial motions shall be due no later than March 17, 2017.

        /s/Gershwin A Drain
        HONORABLE GERSHWIN A. DRAIN
        United States District Judge