UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                            Case No.: 13-20772
v.                                      Honorable Gershwin A. Drain

RASMIEH YOUSEF ODEH,

    Defendant.
_____/

## ORDER REGARDING RESPONSE AND REPLY DEADLINES AND RESCHEDULING PRETRIAL MOTION HEARING TO APRIL 25, 2017 AT 2:30 P.M.

The parties have filed various motions in the instant matter. In order to efficiently resolve the parties' motions, the Court will amend the current briefing deadlines for the pending motions.

Accordingly, IT IS ORDERED that Responses to the parties' pending motions [Dkt. Nos. 226, 230, 231, 232, 233, 234, 235, 238 and 239] shall be due no later than April 3, 2017.

IT IS FURTHER ORDERED that Replies shall be filed no later than April 10, 2017.

IT IS FURTHER ORDERED that the pretrial motions hearing will be held on <u>April 25, 2017 at 2:30 p.m.</u>[1]


Dated: March 17, 2017          /s/Gershwin A. Drain
                                             GERSHWIN A. DRAIN
                                             United States District Judge


CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 17, 2017, by electronic and/or ordinary mail.
<u>/s/ Tanya Bankston</u>
Deputy Clerk

---

[1] Please note Judge Drain's courtroom is now located on the seventh floor, Room 712.