UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,          CRIMINAL NO. 2:13-cr-20772

          Plaintiff,                      HONORABLE GERSHWIN A. DRAIN

   vs.

D-1 RASMIEH YOUSEF ODEH,

      Defendant.
   _____/

### STIPULATION TO HOLD IN ABEYANCE ANSWERS TO PRETRIAL MOTIONS PENDING ENTRY OF GUILTY PLEA

The parties, though their attorneys, stipulate to the following:

1.  Defendant Odeh has agreed to plead guilty and has signed a plea agreement.  The Court has scheduled a plea hearing for April 25, 2017.

2.  Under the schedule previously set by the Court, responses to pretrial motions are due on April 4, 2017.

3.  Under the terms of plea agreement, upon entry of a guilty plea all pending pretrial motions will be withdrawn by the parties.

4.  While the parties fully expect Defendant Odeh to enter a guilty plea as she has agreed to do, in order for each of them to protect their rights in the event that no plea is entered, the parties stipulate to holding in abeyance all answers to previously-filed motions pending the entry of

defendant's guilty plea.  Should defendant fail to enter a guilty plea, the

parties stipulate that the Court would then set a new date for responses to

pretrial motions.  The parties further stipulate that upon entry of

defendant's guilty plea, the Court shall enter an order dismissing the

pretrial motions, as contemplated by the plea agreement.


Respectfully submitted,

DANIEL L. LEMISCH
Acting United States Attorney

s/Jonathan Tukel                                         s/Michael C. Martin
JONATHAN TUKEL (P41642)              MICHAEL C. MARTIN
Assistant United States Attorney           Assistant United States Attorney
211 West Fort Street, Suite 2001            211 W. Fort, Suite 2001
Detroit, MI 48226                                  Detroit, MI 48226
 (313) 226-9749                                     (313) 226-9670
jonathan.tukel@usdoj.gov                     michael.c.martin@usdoj.gov

/s/ *with consent* MICHAEL E. DEUTSCH
MICHAEL E. DEUTSCH
Attorney for Rasmieh Odeh
1180 N. Milwaukee Ave.
Chicago, IL 60642
Phone: (773) 235-0070
Email: michaeled45@gmail.com

Dated: March 30, 2017

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,          CRIMINAL NO. 2:13-cr-20772

    Plaintiff,       HONORABLE GERSHWIN A. DRAIN

  vs.

D-1 RASMIEH YOUSEF ODEH,

   Defendant.
_____/

ORDER RESETTING DEADLINE FOR FILING OF RESPONSES
TO PRETRIAL MOTIONS

   The parties' stipulation to hold in abeyance the filing of responses to pretrial motions pending the entry of a guilty plea having been filed;  and the Court being fully informed in the premises;

   IT IS HEREBY ORDERED that responses to pretrial motions, currently due April 3, 2017, shall be held in abeyance until April 25, 2017, pending defendant's expected entry of a guilty plea;

   AND IT IS FURTHER ORDERED that should defendant fail to enter a guilty plea on April 25, 2017, as expected, the Court shall set a new date for filing of answers to pretrial motions;

AND IT IS FURTHER ORDERED that upon Defendant's entry of a guilty plea, all pending pretrial motions shall be dismissed.

Dated: April 14, 2017                    s/Gershwin A. Drain
                                         HONORABLE GERSHWIN A. DRAIN
                                         United States District Judge

2