UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

Plaintiff(s),

Case No. 13-20772

v.

Judge Gershwin A. Drain

RASMIEH YOUSEF ODEH

Magistrate Judge R. Steven Whalen

Defendant(s).
_____/

# EX PARTE MOTION FOR LEAVE TO FILE
# EXHIBITS IN THE TRADITIONAL MANNER

NOW COMES the undersigned, and pursuant to the Electronic Filing Policies and Procedures, seeks leave of this Court to file exhibits in the traditional manner.

The exhibits to   Response and Brief in Opposition to [244] Motion to Strike Government's Memo.

cannot be authentically converted to electronic form for the following reason(s):

Exhibit consists of an audio wavefile of a voicemail message necessary to support the government's repsonse.

For the foregoing reasons, the undersigned respectfully requests that this Court grant the leave sought in this motion.

Date: April 24, 2017

s/Jonathan Tukel

P41642
United States Attorney
211 West Fort Street
Suite 2001
Detroit, MI 48226
(313) 226-9749
jonathan.tukel@usdoj.gov