UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,   CRIMINAL NO. 13-20772

      Plaintiff,   HONORABLE GERSHWIN A. DRAIN

v.

RASMIEH YOUSEF ODEH,

      Defendant.

_____/

**UNITED STATES NOTICE OF INTENT
TO REQUEST JUDICIAL ORDER OF REMOVAL**

Pursuant to Section 238(c)(2) of the Immigration and Nationality Act of 1952, as amended ("INA"), 8 U.S.C. § 1228(c)(2)(A), the United States intends to seek a judicial order of removal against defendant Rasmieh Yousef Odeh at sentencing.   The United States alleges the following Factual Allegations in support of the Judicial Order of Removal:

1.   Defendant is a native and citizen of Jordan.

2.   At the time of sentencing in this case, defendant will be convicted of unlawfully procuring naturalization as a United States citizen, in violation of Title 18, United States Code, Section 1425(a), and her United States citizenship will be revoked and her certificate of naturalization canceled pursuant to Section 340(e) of

~ 1 ~

the INA, 8 U.S.C. § 1451(e).

　　　3.　Defendant is subject to removal from the United States as an alien who was inadmissible at time of admission to the United States pursuant to Section 237(A)(1)(A) of the INA, 8 U.S.C. § 1227(a)(1)(A), as an alien described in Section 212(a)(6)(C)(i) of the INA, 8 U.S.C. § Title 8 §1182(a)(6)(C)(i).

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　DANIEL L. LEMISCH
　　　　　　　　　　　　　　　Acting United States Attorney


*s/Jonathan Tukel*　　　　　　　　*s/Michael C. Martin*
JONATHAN TUKEL　　　　　　　MICHAEL C. MARTIN
Assistant United States Attorney　　Assistant United States Attorney
211 West Fort Street, Suite 2001　　211 West Fort Street, Suite 2001
Detroit, MI 48226　　　　　　　　Detroit, MI 48226
(313) 226-9749　　　　　　　　　(313) 226-9670
Email: jonathan.tukel@usdoj.gov　　Email:Michael.C.Martin@usdoj.gov


Dated:  April 26, 2017