UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No.: 13-20772
        Honorable Gershwin A. Drain

RASMIEH YOUSEF ODEH,

        Defendant.
_____/

**ORDER EXTENDING DEADLINE FOR PRE-SENTENCE INTERVIEW**

On April 25, 2017, Defendant entered a plea of guilty to Count I of the Superseding Indictment, which charged Defendant with violation of 18 U.S.C. § 1425(a). Defendant's sentencing is scheduled to occur on August 17, 2017.

On April 27, 2017, Defendant's attorney contacted this Court's clerk and requested an extension of the five day deadline for conducting Defendant's pre-sentence interview. Accordingly, the Court will permit a short extension to the five day deadline. Defendant shall appear for her pre-sentence interview <u>no later than May 17, 2017</u>.

SO ORDERED.

Dated: April 27, 2017

/s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 27, 2017, by electronic and/or ordinary mail.
/s/ Teresa McGovern for Tanya Bankston
Case Manager