UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 Case No. 13-20772
                                                   Hon. Gershwin Drain

RASMIEH YUSEF ODEH,

    Defendant.

## MOTION TO RELEASE BOND MONEY

NOW COMES Rasnea Odeh, by her undersigned counsel and respectfully moves that this Court issue an Order on the Clerk of the Court to release the Fifty Thousand dollar ($50,000) bond money posted for bail for Ms. Odeh to Joe Iosbaker. In support of this request Ms Odeh states the following:

1. Mr. Iosbaker posted $50,000 cash for a bond on behalf of Rasmea Odeh.

2. As of August 17, 2007, Ms. Odeh's case will be concluded with her sentencing.

3. Therefore, Ms. Odeh requests that the bond money posted in her behalf be returned to Joe Iosbaker who posted the money.

Dated: August 14, 2017

/s/ Michael E. Deutsch
Michael E Deutsch
1180 N. Milwaukee Ave.
Chicago, Ill. 60642 773-235-0070

Michael E. Deutsch

## CERTIFICATE OF SERVICE

I herby certify that on August 14, 2017, I electronically filed or caused to be filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF filers.

/s/ Michael E. Deutsch
People's Law Office
1180 N. Milwaukee Ave.
Chicago, Il 60642
773-235-0070

Dated: August 14, 2017